# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RUSSELL CLINE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>LINDA SANDERS,<br><br>　　　　Respondent. | No. CV 10-08998-VAP (VBK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. §636, the Court reviewed the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report"). Further, the Court has engaged in a de novo review of those portions fo the Report to which Petitioner has objected.

**IT IS ORDERED** that: (1) the Court accepts the Findings and Recommendations and (2) Respondent's Motion to Dismiss is granted.

DATED: June 7 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE