UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| RUSSELL CLINE, | ) | No. CV 10-08998-VAP (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed.

DATED: June 7 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE